1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY A. DEWITT,                                    No. C 15-05261 WHA

        Plaintiff,

  v.

HON. PAUL RYAN, Speaker of the United          **ORDER SETTING HEARING**
States House of Representatives,                      **ON PLAINTIFF'S REQUEST**
CALIFORNIA CITIZENS                                  **TO CONVENE A THREE-**
REDISTRICTING COMMISSION, a                       **JUDGE PANEL**
California agency, ALEX PADILLA,
Secretary of the State of California,
ARNOLD SCHWARZENEGGER, Former
Governor of the State of California, an
individual, SCOTT S. HARRIS, Clerk of
the Supreme Court of the United States,
and DOES 1 through 100,

        Defendants.

_____/

     Plaintiff Timothy A. DeWitt, an attorney, has requested that the Court convene a three-

judge panel to adjudicate this action pursuant to Section 2284 of Title 28 of the United States

Code, inasmuch as he contends he is challenging the constitutionality of the apportionment of

congressional districts.  This order hereby **SETS** a hearing on Attorney DeWitt's motion for

**JANUARY 7 AT 8:00 A.M.**

     **IT IS SO ORDERED.**

Dated:   December 23, 2015.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE