United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY A. DEWITT,<br><br>    Plaintiff,<br><br>  v.<br><br>HON. PAUL RYAN, Speaker of the United States House of Representatives, CALIFORNIA CITIZENS REDISTRICTING COMMISSION, a California agency, ALEX PADILLA, Secretary of the State of California, ARNOLD SCHWARZENEGGER, Former Governor of the State of California, an individual, SCOTT S. HARRIS, Clerk of the Supreme Court of the United States, and DOES 1 through 100,<br><br>    Defendants.<br>                                                 / | No. C 15-05261 WHA<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |

    An order *sua sponte* dismissed all of plaintiff's claims. That order allowed plaintiff to seek leave to amend only his sixth claim for vote dilution. Plaintiff has filed a motion for leave to amend, but his proposed amended complaint still includes all of his claims, which have been dismissed without leave to amend. Plaintiff's motion for leave to amend his complaint is hereby **DENIED**. Plaintiff may seek leave to file an amended complaint that only states his sixth claim with the proposed amendments and the relevant prayer for relief within **FOURTEEN**

1  **CALENDAR DAYS** of this order.  Plaintiff's proposed second amended complaint should omit any
2  parties against whom no claim is asserted.

4  **IT IS SO ORDERED.**

6  Dated:   February 16, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE