**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY A. DEWITT,

        Plaintiff,

  v.

HON. PAUL RYAN, Speaker of the United
States House of Representatives,
CALIFORNIA CITIZENS
REDISTRICTING COMMISSION, a
California agency, ALEX PADILLA,
Secretary of the State of California,
ARNOLD SCHWARZENEGGER, Former
Governor of the State of California, an
individual, SCOTT S. HARRIS, Clerk of
the Supreme Court of the United States,
and DOES 1 through 100,

        Defendants.

                            /

No. C 15-05261 WHA

**ORDER DENYING
PLAINTIFF'S MOTION
FOR LEAVE TO AMEND**

An order *sua sponte* dismissed all of plaintiff's claims.  That order allowed plaintiff to

seek leave to amend only his sixth claim for vote dilution.  Plaintiff has filed a motion for leave

to amend, but his proposed amended complaint still includes all of his claims, which have been

dismissed without leave to amend.  Plaintiff's motion for leave to amend his complaint is

hereby **DENIED**.  Plaintiff may seek leave to file an amended complaint that only states his sixth

claim with the proposed amendments and the relevant prayer for relief within **FOURTEEN**

**CALENDAR DAYS** of this order.  Plaintiff's proposed second amended complaint should omit any

parties against whom no claim is asserted.

      **IT IS SO ORDERED.**

Dated:   February 16, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California