1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    TIMOTHY A. DeWITT,                                    No. C 15-05261 WHA

10              Plaintiff,

11        v.

12   CALIFORNIA CITIZENS                              **ORDER TO SHOW CAUSE**
     REDISTRICTING COMMISSION, a
13   California agency, ALEX PADILLA,
     Secretary of the State of California, and
14   DOES 1 through 100,

15              Defendants.
                                               /
16

17        The Supreme Court issued its decision in *Evenwel v. Abbott*, 578 U.S. ___ (2016) (No.

18   14-940).  By **APRIL 11 AT NOON**, plaintiff is hereby ordered to **SHOW CAUSE**, in writing, why

19   the sole remaining claim in this action should not be dismissed in light of that decision.

20

21

22        **IT IS SO ORDERED.**

23

24   Dated:   April 4, 2016.                     _____
                                                 WILLIAM ALSUP
25                                               UNITED STATES DISTRICT JUDGE

26

27

28

*United States District Court*
For the Northern District of California