**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    TIMOTHY A. DeWITT,                         No. C 15-05261 WHA

10              Plaintiff,

11       v.

12   CALIFORNIA CITIZENS                     **REQUEST FOR BRIEFING ON**
     REDISTRICTING COMMISSION, a            **PLAINTIFF'S REQUEST FOR**
13   California agency, ALEX PADILLA,       **THREE-JUDGE PANEL**
     Secretary of the State of California, and
14   DOES 1 through 100,

15              Defendants.

16   _____/

17

18          Defendants have filed a motion to dismiss.  By **APRIL 22 AT NOON**, both sides shall

     submit briefs **NOT TO EXCEED EIGHT PAGES**, double-spaced with no footnotes or exhibits,

19   addressing whether defendants' motion can be addressed by the undersigned judge without

20   convening a three-judge panel.

21

22

23   Dated:   April 15, 2016.                   _____
                                                WILLIAM ALSUP
24                                              UNITED STATES DISTRICT JUDGE

25

26

27

28