IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY A. DEWITT,

    Plaintiff,

v.

HON. PAUL RYAN, Speaker of the United States House of Representatives, CALIFORNIA CITIZENS REDISTRICTING COMMISSION, a California agency, ALEX PADILLA, Secretary of the State of California, ARNOLD SCHWARZENEGGER, Former Governor of the State of California, an individual, SCOTT S. HARRIS, Clerk of the Supreme Court of the United States, and DOES 1 through 100,

    Defendants.

No. C 15-05261 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action as frivolous, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Paul Ryan, California Citizens Redistricting Commission, Alex Padilla, Arnold Schwarzenegger, and Scott S. Harris and against plaintiff Timothy A. DeWitt. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 31, 2016.

                    WILLIAM ALSUP
                    UNITED STATES DISTRICT JUDGE